1  LEO D. PLOTKIN (SBN 101893)
2  LEVY, SMALL & LALLAS
   A Partnership Including Professional Corporations
3  LEO D. PLOTKIN (SBN 101893)
   815 Moraga Drive
4  Los Angeles, California 90049
   Telephone: (310) 471-3000
5  Facsimile: (310) 471-7990
6  lplotkin@lsl-la.com

7  Attorneys for Defendant
   AMERICAN PRODUCT
8  EXCHANGE

9

10                UNITED STATES DISTRICT COURT

11                CENTRAL DISTRICT OF CALIFORNIA

12

13

| | |
|---|---|
| 14  TRUE RELIGION APPAREL, INC., a Delaware corporation dba GURU DENIM, INC., a California corporation, | Case No. CV 07-2580 PSG (MANx) |
| 17              Plaintiff, | **STIPULATION OF DISMISSAL** |
| 18     vs. | (Rule 41(a)(1)(ii), Federal Rules of Civil Procedure) |
| 19  WAL-MART STORES, INC., a Delaware corporation; SAM'S EAST, INC., a Delaware corporation; SAM'S WEST, INC., a Delaware corporation; AMERICAN PRODUCT EXCHANGE, an unknown business entity; and DOES 1 through 10, inclusive, | |
| 24              Defendants. | |

25
26
27
28

1 | Pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, it is hereby
2 | stipulated by and between Plaintiff True Religion Apparel, Inc. and Defendants
3 | Wal-Mart Stores, Inc., Sam's East, Inc., Sam's West, Inc., and American Product
4 | Exchange that the above-captioned action be, and hereby is, dismissed with
5 | prejudice. Each side shall bear its own fees and costs of suit herein.

DATED: March 15, 2008

BRENT BLAKELY
**BLAKELY LAW GROUP**

By: /s/
BRENT BLAKELY
Attorneys for Plaintiff
TRUE RELIGION APPAREL, INC

DATED: March 10, 2008

RUSSELL H. FALCONER, ESQ.
**BAKER BOTTS LLP**

By: /s/
RUSSELL H. FALCONER
Attorneys for Defendants
WAL-MART STORES, INC., SAM'S EAST, INC. and SAM'S WEST, INC.

DATED: March 10, 2008

LEO D. PLOTKIN
**LEVY, SMALL & LALLAS**
A Partnership Including Professional Corporations

By: /s/
LEO D. PLOTKIN
Attorneys for Defendant
AMERICAN PRODUCT EXCHANGE

21205

1